UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIMANSHU CHOPRA,<br><br>       Plaintiff,<br><br>    v.<br><br>AIRBNB, INC.,<br><br>       Defendant. | Case No. 25-cv-04416-DMR<br><br>**ORDER TO SHOW CAUSE RE SERVICE OF COMPLAINT AND VACATING THE SEPTEMBER 3, 2025 INITIAL CASE MANAGEMENT CONFERENCE** |

Plaintiff Himanshu Chopra filed the complaint on May 23, 2025. [Docket No. 1 (Compl.).] Pursuant to Federal Rule of Civil Procedure 4(m), the court must dismiss an action without prejudice if a defendant is not served within 90 days after the complaint is filed. In this case, Plaintiff should have served Defendant AirBnB, Inc. by August 21, 2025. As Plaintiff did not file any proposed summons and no summons has been issued by the Clerk of Court, the court assumes that Plaintiff has not yet served the summons and complaint on Defendant.

The court therefore ORDERS the following:

1. No later than **September 11, 2025**, Plaintiff shall file a written statement explaining why this action should not be dismissed without prejudice for failure to serve the summons and complaint on Defendant within 90 days of filing his lawsuit. **Plaintiff is warned that failure to file a timely response may result in a recommendation that their action be dismissed.**

2. The September 3, 2025 initial case management conference is VACATED. The court will reschedule the case management conference, if appropriate, at a later date.

The court refers Plaintiff to the section "Representing Yourself" on the Court's website, located at https://cand.uscourts.gov/pro-se-litigants/, as well as the Court's Legal Help Centers for unrepresented parties. Parties may schedule an appointment by calling 415-782-8982 or emailing fedpro@sfbar.org.

**IT IS SO ORDERED.**

Dated: August 28, 2025

_____
Donna M. Ryu
Chief Magistrate Judge